SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES



# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

August 13, 2015

Harris County District Clerk's Office -
Criminal
Harris County District Clerk - Criminal
1201 Franklin, Ste 3180
Houston, TX 77002
* DELIVERED VIA E-MAIL  AND
MESSENGER*

**Attn:** Barbara Anderson – Exhibit Clerk
**RE:**   Court of Appeals Number: 01-15-00490-CR     Trial Court Case Number: 1450874

**Style:**   Edgar Ivan Gutierrez  v .The State of Texas

Pursuant to this Court's July 8, 2015 order, **State's Exhibit #121** was ordered filed for our review during the pendency of the appeal.

Pursuant to 1997 Supreme Court Order B.4, **State's Exhibit #121** is being returned to the District Clerk's Office.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Ora Patterson, Deputy Clerk

** PLEASE SIGN AND RETURN TO THE FIRST COURT OF APPEALS.

Received by: _____B. Anderson_____     Date: ___8-14-15___